# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NAKAWATASE, WYNS & ASSOCIATES, INC. | § | Case No. 10-42302 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/22/2010 . The undersigned trustee was appointed on 09/22/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          420,971.07

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 83,133.25 |
| Bank service fees | 15,904.24 |
| Other payments to creditors | 30,950.25 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 290,983.33 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/12/2011  and the deadline for filing governmental claims was  04/12/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 24,298.55 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 24,298.55 , for a total compensation of $ 24,298.55 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/17/2016                    By:/s/Frances Gecker
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 10-42302 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker |
| Case Name: | NAKAWATASE, WYNS & ASSOCIATES, INC. | | | | Date Filed (f) or Converted (c): | 09/22/2010 (f) |
| | | | | | 341(a) Meeting Date: | 11/23/2010 |
| For Period Ending: | 06/17/2016 | | | | Claims Bar Date: | 04/12/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Post-Petition Interest Deposits                    (u) | 0.00 | N/A | | 199.74 | FA |
| 2.  25 clients with outstanding balance  - List availa | 605,509.43 | 605,509.43 | | 414,311.63 | FA |
| 3.  Computers, printers & office equipments - list ava | 3,285.00 | 3,285.00 | | 0.00 | FA |
| 4.  desks, chairs, drafting tables, file cabinets, etc | 4,920.00 | 4,920.00 | | 0.00 | FA |
| 5.  manufactured office workstations - list available | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 6.  STOCK AND INTEREST IN BUSINESSES             (u)<br><br>TRUST INTEREST | 0.00 | 196.84 | | 0.00 | FA |
| 7.  INSURANCE POLICIES                    (u) | 0.00 | 2,947.38 | | 2,947.38 | FA |
| 8.  TAX REFUNDS                    (u)<br><br>Refund from 12-2010 tax return | 0.00 | 3,512.32 | | 3,512.32 | FA |
| 9.  BANK ACCOUNT - SUBURBAN BANK & TRUST NO.<br>1031434 (u)<br><br>SUBURBAN BANK & TRUST RETAINED ACCOUNT VALUE<br>PURSUANT TO ORDER DATED 12/15/10. | 0.00 | 80,115.78 | | 0.00 | FA |
| 10. BANK ACCOUNT - SUBURBAN BANK & TRUST NO.<br>7002242361 (u)<br><br>SUBURBAN BANK & TRUST RETAINED ACCOUNT VALUE<br>PURSUANT TO ORDER DATED 12/15/10. | 0.00 | 71,272.15 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $621,214.43          $779,258.90                    $420,971.07          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS REVIEWING CLAIMS AND PREPARING A FINAL REPORT.

Exhibit A

Initial Projected Date of Final Report (TFR): 10/01/2011      Current Projected Date of Final Report (TFR): 05/15/2016

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1855
Checking

Taxpayer ID No: XX-XXX8652
For Period Ending: 06/17/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7094 | Transfer of Funds | 9999-000 | $294,081.67 | | $294,081.67 |
| 07/08/15 | | Transfer to Acct # xxxxxx7094 | Transfer of Funds | 9999-000 | | $423.08 | $293,658.59 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $337.91 | $293,320.68 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $436.06 | $292,884.62 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $421.42 | $292,463.20 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $434.81 | $292,028.39 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $420.15 | $291,608.24 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $433.54 | $291,174.70 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $191.37 | $290,983.33 |

| | | |
|---|---|---|
| COLUMN TOTALS | $294,081.67 | $3,098.34 |
| Less: Bank Transfers/CD's | $294,081.67 | $423.08 |
| Subtotal | $0.00 | $2,675.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $2,675.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $294,081.67   $3,098.34

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 10-42302 | Trustee Name: Frances Gecker |
| Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX5803 |
| | MONEY MARKET |
| Taxpayer ID No: XX-XXX8652 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/17/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/28/10 | 2 | HEFTER INDUSTRIES, INC. 55 E. Jackson Blvd., Suite 600Chicago, Illinois  60604 | ACCOUNTS RECEIVABLE | 1121-000 | $1,069.00 | | $1,069.00 |
| 10/28/10 | 2 | SIEMENS INDUSTRY, INC. 3500 Quadrangle Blvd.Orlando, FL 32817 | ACCOUNTS RECEIVABLE | 1121-000 | $7,615.68 | | $8,684.68 |
| 10/28/10 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, Nebraska 68114 | ACCOUNTS RECEIVABLE | 1121-000 | $1,624.82 | | $10,309.50 |
| 10/28/10 | 2 | DONOHUE & ASSOCIATES 3311 Weeden Creek RoadSheboygan, WI 53081 | ACCOUNTS RECEIVABLE | 1121-000 | $1,307.30 | | $11,616.80 |
| 10/28/10 | 2 | CHICAGO PUBLIC SCHOOLS P.O. Box 661Chicago, IL  60690 | ACCOUNTS RECEIVABLE | 1121-000 | $7,878.50 | | $19,495.30 |
| 10/28/10 | 2 | DONOHUE & ASSOCIATES 3311 Weeden Creek RoadSheboygan, WI 53081 | ACCOUNTS RECEIVABLE | 1121-000 | $13,340.74 | | $32,836.04 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.80 | | $32,836.84 |
| 12/27/10 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa  52761 | ACCOUNTS RECEIVABLE | 1121-000 | $5,786.07 | | $38,622.91 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $0.84 | | $38,623.75 |
| 01/03/11 | 2 | S.B. FRIEDMAN & COMPANY 221 N. LaSalle StreetSuite 820Chicago, IL  60601 | ACCOUNTS RECEIVABLE | 1121-000 | $3,080.00 | | $41,703.75 |
| 01/05/11 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa  52761 | ACCOUNTS RECEIVABLE | 1121-000 | $10,061.44 | | $51,765.19 |
| 01/10/11 | 1000 | SUBURBAN BANK & TRUST COMPANY | Secured Claim Pursuant to Order entered 12/15/10. | 4210-000 | | $30,950.25 | $20,814.94 |
| 01/13/11 | 2 | KUDRNA & ASSOCIATES LTD. 203 N. Cass Ave.Westmont, IL  60559 | ACCOUNTS RECEIVABLE | 1121-000 | $9,005.80 | | $29,820.74 |
| 01/13/11 | 1 | METLIFE P.O. Box 1620Manchester, CT  06045-1620 | Trust Interests | 1270-000 | $196.84 | | $30,017.58 |

| | | |
|---|---|---|
| Page Subtotals: | $60,967.83 | $30,950.25 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Trustee Name: Frances Gecker
Bank Name: Bank of America
Account Number/CD#: XXXXXX5803
MONEY MARKET

Taxpayer ID No: XX-XXX8652
For Period Ending: 06/17/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/11 | | JOHN HANCOCK DISTRIBUTION c/o BOSTON FINANCIALP.O. Box 9114Canton, MA  02021-9114 | REVERSED | 1129-000 | $34.17 | | $30,051.75 |
| 01/27/11 | | Reverses Deposit # 12 | VOID Not the estate's money - belongs to Mr. Nakawatase's 401k Plan | 1129-000 | ($34.17) | | $30,017.58 |
| 01/31/11 | 2 | CHICAGO PUBLIC SCHOOLS P.O. Box 661Chicago, IL  60690 | ACCOUNTS RECEIVABLE | 1121-000 | $33,149.27 | | $63,166.85 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $1.26 | | $63,168.11 |
| 02/08/11 | 1001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BLANKET BOND | 2300-000 | | $71.91 | $63,096.20 |
| 02/11/11 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa  52761 | ACCOUNTS RECEIVABLE | 1121-000 | $9,128.25 | | $72,224.45 |
| 02/17/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE  68114-4049 | ACCOUNTS RECEIVABLE | 1121-000 | $250,907.00 | | $323,131.45 |
| 03/28/11 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa  52761 | ACCOUNTS RECEIVABLE | 1121-000 | $912.30 | | $324,043.75 |
| 03/30/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE  68114-4049 | ACCOUNTS RECEIVABLE | 1121-000 | $2,769.35 | | $326,813.10 |
| 04/25/11 | 2 | S.B. FRIEDMAN & COMPANY 221 N. LaSalle StreetSuite 820Chicago, IL  60601 | ACCOUNTS RECEIVABLE | 1121-000 | $2,800.00 | | $329,613.10 |
| 05/04/11 | 2 | MACTEC 1105 Lakewood Parkway, Suite 300Alpharetta, GA  30004 | ACCOUNTS RECEIVABLE | 1121-000 | $8,171.60 | | $337,784.70 |
| 06/20/11 | 2 | CARNOW CONIBEAR & ASSOC., LTD. 300 W. Adams Street, Suite 1200Chicago, IL  60606 | ACCOUNTS RECEIVABLE | 1121-000 | $9,000.00 | | $346,784.70 |
| 07/08/11 | 1002 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603 | ACCOUNTANT FEES Pursuant to Order dated 7/6/11. | | | $4,684.57 | $342,100.13 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $316,839.03    $4,756.48

Case 10-42302   Doc 43   Filed 07/07/16   Entered 07/07/16 09:32:08   Desc Main
Document   Page 8 of 22

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-42302 | | | | Trustee Name: Frances Gecker | | Exhibit B |
| Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC. | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX5803 | | |
| | | | | MONEY MARKET | | |
| Taxpayer ID No: XX-XXX8652 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 06/17/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | P. C. ALAN D. LASKO & ASSOCIATES ($4,665.00) | | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES ($19.57) | | 3420-000 | | | |
| 08/10/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE 68114-4049 | ACCOUNTS RECEIVABLE | 1121-000 | $22,822.37 | | $364,922.50 |
| 08/10/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE 68114-4049 | ACCOUNTS RECEIVABLE | 1121-000 | $22,882.37 | | $387,804.87 |
| 08/10/11 | 2 | Reverses Deposit # 21 | Typographical error | 1121-000 | ($22,822.37) | | $364,982.50 |
| 10/12/11 | 7 | TRAVELERS PROPERTY CASUALTY One Penn's WayNew Castle, DE 19720 | INSURANCE POLICY | 1229-000 | $2,750.54 | | $367,733.04 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $466.55 | $367,266.49 |
| 11/07/11 | 1003 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Order dated 11/2/11 Order dated 11/2/11 | | | $35,579.71 | $331,686.78 |
| | | FRANKGECKER LLP | Trustee Attorney Fees ($35,498.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Trustee Attorney Costs ($81.21) | 3120-000 | | | |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $419.16 | $331,267.62 |
| 12/20/11 | 7 | METLIFE | INSURANCE POLICY | 1229-000 | $196.84 | | $331,464.46 |
| 12/29/11 | | Transfer to Acct # XXXXXX2418 | Bank Funds Transfer | 9999-000 | | $331,464.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $403,636.61 | $403,636.61 |
| Less: Bank Transfers/CD's | $0.00 | $331,464.46 |
| Subtotal | $403,636.61 | $72,172.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:                                                            $25,829.75          $367,929.88

$409,630.61    $72,172.15

Exhibit B

Page Subtotals:                                          $0.00        $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX2418
GENERAL CHECKING

Taxpayer ID No: XX-XXX8652
For Period Ending: 06/17/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5803 | Bank Funds Transfer | 9999-000 | $331,464.46 | | $331,464.46 |
| 01/25/12 | 1000 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030Springfield, IL 62794-9030 | FEIN: 36-2588652 IL-1120-V (2011); Bankruptcy Case No. 10-42302 | 2820-000 | | $29,793.00 | $301,671.46 |
| 02/07/12 | 1001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | $291.38 | $301,380.08 |
| 07/03/12 | 8 | TREASURER OF THE STATE OF IL | Refund from 12-2010 Tax Return | 1224-000 | $3,512.32 | | $304,892.40 |
| 07/13/12 | 2 | HEFTER INDUSTRIES, INC. 55 E. Jackson Blvd., Suite 600Chicago, IL 60604 | ACCOUNTS RECEIVABLE | 1121-000 | $4,684.74 | | $309,577.14 |
| 11/15/12 | 2 | AMEC - ENVIRONMENT & INFRASTRUCTURE 1105 LAKEWOOD PARKWAYSUITE 300ALPHARETTA, GA 30009 | ACCOUNTS RECEIVABLE | 1121-000 | $9,137.40 | | $318,714.54 |
| 01/17/13 | 1002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19016Springfield, IL 62794 | FEIN: 36-2588652 IL-1120-X (2011); Bankruptcy Case No. 10-42302 | 2820-000 | | $3,427.00 | $315,287.54 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $315,287.54 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $348,798.92 | $348,798.92 |
| Less: Bank Transfers/CD's | $331,464.46 | $315,287.54 |
| Subtotal | $17,334.46 | $33,511.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,334.46 | $33,511.38 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 10-42302

Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Taxpayer ID No: XX-XXX8652

For Period Ending: 06/17/2016

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7094

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $315,287.54 | | $315,287.54 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $284.43 | $315,003.11 |
| 03/07/13 | 10001 | P. C. ALAN D. LASKO & ASSOCIATES 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Order dated 3/5/13 Second and Final Interim Fee Application | | | $8,009.60 | $306,993.51 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($7,971.30) | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($38.30) | 3420-000 | | | |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $256.84 | $306,736.67 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $460.20 | $306,276.47 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $440.62 | $305,835.85 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $454.69 | $305,381.16 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $439.38 | $304,941.78 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $453.38 | $304,488.40 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $452.69 | $304,035.71 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $437.49 | $303,598.22 |
| 10/24/13 | 10002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19006Springfield, IL 62794-9006 | FEIN: 36-2588652 December 31, 2011 Account ID: 03768-40192 | 2820-000 | | $145.87 | $303,452.35 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $451.35 | $303,001.00 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $435.95 | $302,565.05 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Page Subtotals:   $315,287.54   $12,722.49

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7094
GENERAL CHECKING

Taxpayer ID No: XX-XXX8652
For Period Ending: 06/17/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $449.81 | $302,115.24 |
| 02/03/14 | 10003 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $435.35 | $301,679.89 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $449.19 | $301,230.70 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $404.71 | $300,825.99 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $447.23 | $300,378.76 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $432.18 | $299,946.58 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $445.94 | $299,500.64 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $430.90 | $299,069.74 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $444.65 | $298,625.09 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $443.97 | $298,181.12 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $429.04 | $297,752.08 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $442.67 | $297,309.41 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $427.76 | $296,881.65 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $441.34 | $296,440.31 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $440.75 | $295,999.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals:                    $0.00          $6,565.49

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7094
GENERAL CHECKING

Taxpayer ID No: XX-XXX8652
For Period Ending: 06/17/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/10/15 | 10004 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $169.06 | $295,830.50 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $397.43 | $295,433.07 |
| 03/10/15 | 10005 | ADP, Inc. One ADP Blvd., M.S. 325 Roseland, NJ 07068 | Copies of 2010 W-2 forms | 2990-000 | | $50.00 | $295,383.07 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $439.17 | $294,943.90 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $424.36 | $294,519.54 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $437.87 | $294,081.67 |
| 07/08/15 | | Transfer from Acct # xxxxxx1855 | Transfer of Funds | 9999-000 | $423.08 | | $294,504.75 |
| 07/08/15 | | Transfer to Acct # xxxxxx1855 | Transfer of Funds | 9999-000 | | $294,081.67 | $423.08 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $423.08 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $315,710.62 | $315,710.62 |
| Less: Bank Transfers/CD's | | $315,710.62 | $294,081.67 |
| Subtotal | | $0.00 | $21,628.95 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $21,628.95 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1855 - Checking | $0.00 | $2,675.26 | $290,983.33 |
| XXXXXX2418 - GENERAL CHECKING | $17,334.46 | $33,511.38 | $0.00 |
| XXXXXX5803 - MONEY MARKET | $403,636.61 | $72,172.15 | $0.00 |
| XXXXXX7094 - GENERAL CHECKING | $0.00 | $21,628.95 | $0.00 |
| | $420,971.07 | $129,987.74 | $290,983.33 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $420,971.07 | |
| Total Gross Receipts: | $420,971.07 | |

Page Subtotals:                    $0.00          $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-42302-ERW                                                Date: June 17, 2016

Debtor Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Claims Bar Date: 4/12/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | THIRD AND FINAL APPLICATION | $0.00 | $11,939.90 | $11,939.90 |
| 400 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $7,971.30 | $7,971.30 |
| 400 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $4,665.00 | $4,665.00 |
| 400 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $38.30 | $38.30 |
| 400 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $19.57 | $19.57 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | THIRD AND FINAL APPLICATION | $0.00 | $10.72 | $10.72 |
| 100 2300 | ADAMS LEVINE | Administrative | | $0.00 | $191.37 | $191.37 |
| 100 2300 | ARTHUR B. LEVINE COMPANY | Administrative | | $0.00 | $169.06 | $169.06 |
| 100 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $13,586.00 | $13,586.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-42302-ERW                                                    Date: June 17, 2016

Debtor Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Claims Bar Date: 4/12/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $35,498.50 | $35,498.50 |
| 400 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $81.21 | $81.21 |
| 100 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $62.25 | $62.25 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $24,298.55 | $24,298.55 |
| 100 2820 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | Administrative | 2011 Tax returns - Amended. | $0.00 | $3,427.00 | $3,427.00 |
| 100 2820 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | Administrative | 2011 Tax returns. | $0.00 | $29,793.00 | $29,793.00 |
| 100 2820 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | Administrative | | $0.00 | $145.87 | $145.87 |
| 100 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | | $0.00 | $284.43 | $284.43 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | | $0.00 | $798.64 | $798.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-42302-ERW                                                                  Date: June 17, 2016

Debtor Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Claims Bar Date: 4/12/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8A 100 5800 | DEPARTMENT OF TREASURY INTERNAL REV P O BOX 7346 PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $26,872.66 | $26,872.66 |
| 9A 100 5800 | ILLINOIS DEPARTMENT OF EMPLOYMENT S 33 SOUTH STATE STREET 10TH FLOOR CHICAGO, ILLINOIS 60603 ATTN. AMELIA YABES | Priority | (9-1) UNEMPLOYMENT TAX | $0.00 | $1,004.57 | $1,004.57 |
| 50 4210 | SUBURBAN BANK & TRUST COMPANY SUBURBAN BANK & TRUST COMPANY | Secured | Pursuant to Order dated 12/16/10 - Suburban retained: $151,387.93 - See paragraphs 1, 2, 3 and 4 of Order. | $0.00 | $30,950.25 | $30,950.25 |
| 1 200 7100 | GENERAL ELECTRIC CAPITAL CORP 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA 52404 | Unsecured | AMENDED | $0.00 | $20,156.02 | $20,156.02 |
| 2 200 7100 | EVERBANK COMMERICAL FINANCE 10 WATERVIEW BLVD PARSIPPANY, NJ 07054 | Unsecured | | $0.00 | $6,998.57 | $6,998.57 |
| 3 200 7100 | IMAGING & PRINTING CORPORATION 205 W. WACKER DR., STE. 322 CHICAGO, IL 60606 | Unsecured | | $0.00 | $20,139.86 | $20,139.86 |
| 4 200 7100 | PIONEER ENGINEERING & ENVIRONMENTAL 700 N. SACRAMENTO BLVD., STE. 101 CHICAGO, IL 60612 | Unsecured | | $0.00 | $1,675.00 | $1,675.00 |
| 5 200 7100 | O'BRIEN & ASSOCIATES, INC. 1235 E. DAVIS ST. ARLINGTON HEIGHTS, IL 60005 | Unsecured | | $0.00 | $7,478.30 | $7,478.30 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-42302-ERW                                                        Date: June 17, 2016
Debtor Name: NAKAWATASE, WYNS & ASSOCIATES, INC.
Claims Bar Date: 4/12/2011

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>200<br>7100 | 205 CHICAGO PARTNERS LLC<br>MICHELE O. WIGMORE<br>AVP PORTFOLIO GENERAL<br>MANAGER<br>MB REAL ESTATE<br>221 N. LASALLE STREET,<br>SUITE 3900<br>CHICAGO, IL  60601 | Unsecured | (6-1) MODIFIED ON 04/08/2011 TO CORRECT CREDITOR'S NAME & ADDRESS (MG)<br><br>Additional Claim notes from conversion:<br>Objection<br>Amended | $0.00 | $196,082.95 | $196,082.95 |
| 7<br>200<br>7100 | DYNACEPT, INC.<br>2250 E. DEVON AVE., #218<br>DES PLAINES, IL  60018 | Unsecured | | $0.00 | $21,895.30 | $21,895.30 |
| 8B<br>200<br>7100 | DEPARTMENT OF TREASURY<br>INTERNAL REV<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | Unsecured | | $0.00 | $2,341.36 | $2,341.36 |
| 9B<br>200<br>7100 | IDES<br>33 SOUTH STATE STREET<br>CHICAGO, IL  60603 | Unsecured | | $0.00 | $260.00 | $260.00 |
| | Case Totals | | | $0.00 | $468,835.51 | $468,835.51 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.
Trustee Name: Frances Gecker

| | | |
|---|---|---|
| Balance on hand | $ | 290,983.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | SUBURBAN BANK & TRUST COMPANY | $      30,950.25 | $      30,950.25 | $      30,950.25 | $          0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 290,983.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $      24,298.55 | $          0.00 | $      24,298.55 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $      49,084.50 | $      35,498.50 | $      13,586.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $         143.46 | $          81.21 | $          62.25 |
| Accountant for Trustee Fees:  ALAN D. LASKO & ASSOCIATES P. C. | $      24,576.20 | $      12,636.30 | $      11,939.90 |
| Accountant for Trustee Expenses:  ALAN D. LASKO & ASSOCIATES P. C. | $          68.59 | $          57.87 | $          10.72 |
| Other: ADAMS LEVINE | $         191.37 | $         191.37 | $          0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $         169.06 | $         169.06 | $          0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $      33,365.87 | $      33,365.87 | $          0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES LTD. | $           1,083.07 | $           1,083.07 | $               0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 49,897.42 |
| Remaining Balance | $ | 241,085.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 27,877.23  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8A | DEPARTMENT OF TREASURY INTERNAL REV | $          26,872.66 | $               0.00 | $          26,872.66 |
| 9A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $           1,004.57 | $               0.00 | $           1,004.57 |

|  |  |  |
|---|---|---|
| Total to be paid to priority creditors | $ | 27,877.23 |
| Remaining Balance | $ | 213,208.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 277,027.36  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  77.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GENERAL ELECTRIC CAPITAL CORP | $ 20,156.02 | $ 0.00 | $ 15,512.69 |
| 2 | EVERBANK COMMERICAL FINANCE | $ 6,998.57 | $ 0.00 | $ 5,386.31 |
| 3 | IMAGING & PRINTING CORPORATION | $ 20,139.86 | $ 0.00 | $ 15,500.25 |
| 4 | PIONEER ENGINEERING & ENVIRONMENTAL | $ 1,675.00 | $ 0.00 | $ 1,289.13 |
| 5 | O'BRIEN & ASSOCIATES, INC. | $ 7,478.30 | $ 0.00 | $ 5,755.53 |
| 6 | 205 CHICAGO PARTNERS LLC | $ 196,082.95 | $ 0.00 | $ 150,911.40 |
| 7 | DYNACEPT, INC. | $ 21,895.30 | $ 0.00 | $ 16,851.29 |
| 8B | DEPARTMENT OF TREASURY INTERNAL REV | $ 2,341.36 | $ 0.00 | $ 1,801.98 |
| 9B | IDES | $ 260.00 | $ 0.00 | $ 200.10 |

Total to be paid to timely general unsecured creditors      $ 213,208.68

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE