IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NAKAWATASE, WYNS & ASSOCIATES, INC., | ) ) ) | Case No. 10 B 42302 |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) ) | |
| | ) | **Hearing Date:** **August 9, 2016** |
| | ) | **Hearing Time:** **10:00 a.m.** |
| | ) | **Courtroom:** **613** |

**COVER SHEET FOR SECOND AND FINAL FEE APPLICATION
AND REIMBURSEMENT OF EXPENSES OF FRANKGECKER LLP**

| | |
|---|---|
| Name of Applicant: | FrankGecker LLP |
| Authorized to Provide Professional Services to: | Frances F. Gecker, Chapter 7 Trustee of the Estate of NAKAWATASE, WYNS & ASSOCIATES, INC. |
| Period for Which Compensation is Sought: | September 1, 2011 through June 30, 2016 |
| Amount of Fees Sought: | $     13,586.00 |
| Amount of Expense Reimbursement Sought: | $        62.25 |
| This is a: | Second and Final Fee Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $35,579.71.

{NAKAWATA/001/00033572.DOC/}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NAKAWATASE, WYNS & ASSOCIATES, INC., | ) | Case No. 10 B 42302 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) | |
| | ) | **Hearing Date:** **August 9, 2016** |
| | ) | **Hearing Time:** 10:00 a.m. |
| | ) | **Courtroom:** 613 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 9, 2016 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Deborah L. Thorne in Courtroom 613 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the <u>**Second and Final Fee Application of Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of Nakawatase, Wyns & Associates, Inc. for Compensation and Reimbursement of Expenses of Her Counsel, FrankGecker LLP**</u>, a copy of which is attached hereto and hereby served upon you.

Dated: July 7, 2016

Respectfully submitted,

FRANCES GECKER, not individually but as Chapter 7 Trustee of the bankruptcy estate of NAKAWATASE, WYNS & ASSOCIATES, INC.,

By: /s/   Reed Heiligman
      One of Her Attorneys

Frances Gecker (IL ARDC #6198450)
Reed Heiligman (ARDC No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
rheiligman@fgllp.com

{NAKAWATA/001/00033572.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-B-42302 |
| | ) | |
| NAKAWATASE, WYNS & | ) | Chapter 7 |
| ASSOCIATES, INC., | ) | |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) | |

**SECOND AND FINAL FEE APPLICATION OF FRANCES GECKER,
CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF
NAKAWATASE, WYNS & ASSOCIATES, INC. FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF HER COUNSEL, FRANKGECKER LLP**

Frances Gecker, not individually, but as Chapter 7 trustee (the "Trustee") of the bankruptcy estate of Nakawatase, Wyns & Associates, Inc. (the "Debtor"), hereby submits the second and final application (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation totaling **$13,586.00** for legal services performed by FrankGecker LLP as counsel to the Trustee during the period of September 1, 2011 through and including June 30, 2016 (the "Application Period") and reimbursement of expenses totaling **$62.25** incurred in connection with those services. In support of the Application, the Trustee respectfully states as follows:

### INTRODUCTION

1. On September 22, 2010, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Frances Gecker is the duly appointed Chapter 7 Trustee.

{NAKAWATA/001/00033572.DOC/}

- 2 -

3. On December 8, 2010, this Court entered an order authorizing the Trustee to retain Zane L. Zielinski and the professionals of FrankGecker LLP as her counsel in the Case retroactive to October 15, 2010.

4. The Debtor was an architectural firm. On the petition date, the Debtor had uncollected accounts receivable of $400,000.00, and Suburban Bank and Trust Company held a $180,000.00 claim, secured by all of the Debtor's assets.

5. Since her appointment, with the assistance of her attorneys, the Trustee has taken a variety of actions necessary to administer the Debtor's estate. The Trustee has (i) resolved issues relating to the pending executory contracts with the Chicago Public Schools; (ii) reviewed the Debtor's business records and tangible assets; (iii) reviewed an IRS claim and other claims and objected to the landlord's claim no. 6; (iv) resolved various issues relating to a letter of credit issued to the Debtor's landlord and the lease; (v) reviewed and settled the claim of the secured creditor; (vi) reviewed and collected outstanding accounts receivable; and (vii) assisted in the resolution of tax issues.

6. The Trustee has paid in full the claim of the secured creditor and is currently holding in excess of three-hundred and fifty dollars ($350,000.00).

7. This Application seeks allowance of all fees and expenses incurred by FrankGecker LLP ("FG") during the Application Period.

8. To aid the Court in its review of this Application, the Trustee has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.   **SERVICES PERFORMED**

A.   **Administration**                                                                $1,111.00

FG spent **3.10** hours at a cost of **$1,111.00** on general administrative issues. This category primarily includes the time spent examining the Debtor's books and records, and reviewing issues related to the Debtor's taxes.

B.   **Claims**                                                                         $7,190.00

FG spent **18.50** hours at a cost of **$7,190.00** on reviewing claims in the Case including certain priority claims, the landlord's lease rejection claim and an IRS claim.

C.   **Collection of Accounts Receivable**                                              $2,032.50

FG spent **5.90** hours at a cost of **$2,032.50** on collecting the Debtor's outstanding accounts receivable. In addition, this time also involved preparing certain necessary documents required to release funds to the Trustee.

D.   **Retention of Professionals/Fee Applications**                                    $3,070.00

FG spent **10.00** hours at a cost of **$3,070.00** on legal matters in connection with the fee applications of Trustee's accountant, FG's first interim fee application and the review and revising of FG's second and final fee application.

E.   **Sale of Assets**                                                                 $182.50

FG spent **.50** hours at a cost of **$182.50** in regards to the potential sale of the Debtor's receivables.

II. **ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

A. Micah R. Krohn (MRK) is senior counsel at FG. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz from 1992 through 1994. Mr. Krohn specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases for more than 20 years.

B. Jeremy C. Kleinman (JCK) is a bankruptcy associate at FG. Mr. Kleinman graduated from the University of Michigan Law School in 1999 and served as law clerk to the Honorable John D. Schwartz.

C. Reed Heiligman (RH) is an associate at FG. Mr. Heiligman is a graduate of The John Marshall Law School where he served as Managing Editor of The John Marshall Law Review. Mr. Heiligman regularly represents secured and unsecured creditors, creditors' committees and bankruptcy trustees.

D. Zane L. Zielinski (ZLZ) was an associate at FrankGecker LLP. Mr. Zielinski graduated from Chicago-Kent College of Law in 2002. Mr. Zielinski specializes in bankruptcy law, and has represented trustees, debtors and creditors in bankruptcy cases.

E. Christina S. Smith (CSS) is a bankruptcy paralegal at FrankGecker LLP. Ms. Smith has worked as a paralegal specializing in bankruptcy for over fifteen years and has experience working on debtor, creditor and trustee representations. Ms. Smith assisted counsel in case research and case administration.

III. **CALCULATION OF TIME AND FEES**

This is the Trustee's second and final application for compensation and reimbursement of fees and expenses incurred by FG during the Application Period. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the

Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibits, FG's attorneys and paralegal have spent a total of **38.00** hours providing necessary legal services for the Trustee. As a result, they request compensation in the amount of **$13,586.00** for actual, necessary legal services performed (**Exhibit A**). The average hourly rate is **$357.53**. In addition, FG has expended the sum of **$62.25** for actual, necessary expenses incurred in representing the Trustee (**Exhibit A**). FG has voluntarily written off all expenses related to fax charges and copy charges. The amounts shown in **Exhibit A** are primarily for postage and messenger deliveries.

In preparing this fee application, the Trustee has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was either a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, the Trustee has prepared a time exhibit presented in the attached **Exhibit A**. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this Application for its overhead expenses, including word processing or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate. These charges fairly compensate the firm's actual costs

and do not result in undue revenue for the firm. Moreover, FG's non-bankruptcy clients routinely are billed and pay these types of expenses. *See In re Continental Securities Litigation*, 962 F.2d 566, 570 (7th Cir. 1992).

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

A.  Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of **$13,586.00**;

B.  Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of **$62.25**; and

C.  Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of **$13,648.25**.

Dated: July 7, 2016

Respectfully submitted,

FRANCES GECKER, not individually but as Chapter 7 Trustee of the bankruptcy estate of NAKAWATASE, WYNS & ASSOCIATES, INC.,

By: /s/     Reed Heiligman
    One of Her Attorneys

Frances Gecker (IL ARDC #6198450)
Reed Heiligman (ARDC No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
rheiligman@fgllp.com

{NAKAWATA/001/00033572.DOC/}                - 6 -