IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 10-B-42302 |
| | ) | |
| NAKAWATASE, WYNS & ASSOCIATES, INC., | ) ) | Chapter 7 |
| | ) | Honorable Deborah L. Thorne |
| Debtor. | ) | |

### CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that I have sent the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner shown and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Christina Smith

SWORN TO AND SUBSCRIBED TO
Before me this 7th day of July, 2016.

NOTARY PUBLIC

DANIELA M ORTIZ
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 1, 2019

## Mailing Information for Case 10-42302

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Frances Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
- Matthew T. Gensburg    MGensburg@dandgpc.com
- John E Gierum    john@gierummantas.com, karen@gierummantas.com

- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com;csmith@fgllp.com;mmatlock@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Rebecca D. Rosenthal    rosenthalr@gtlaw.com
- Zane L Zielinski    zzielinski@wfactorlaw.com, fax@zanezielinski.com

## Manual Notice List – U.S. MAIL

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Imaging & Printing Corporation
205 W. Wacker Dr., Ste. 322
Chicago, IL 60606

Pioneer Engineering & Environmental Svc
700 N. Sacramento Blvd., Ste. 101
Chicago, IL 60612

205 Chicago Partners LLC
Matthew T Gensburg/Greenberg Traurig LLP
77 W Wacker Dr Ste 3100
Chicago, IL 60601

Department of Treasury Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Everbank Commerical Finance
10 Waterview Blvd
Parsippany, NJ 07054

Pioneer Engineering & Environmental Svc
700 N. Sacramento Blvd., Ste. 101
Chicago, IL 60612

O'Brien & Associates, Inc.
1235 E. Davis St.
Arlington Heights, IL 60005

Dynacept, Inc.
2250 E. Devon Ave., #218
Des Plaines, IL 60018

Illinois Department of Employment Security
33 South State Street 10th Floor
Chicago, Illinois 60603
Attn. Amelia Yabes

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
NAKAWATASE, WYNS &                  §    Case No. 10-42302
ASSOCIATES, INC.                    §
                                    §
         Debtor                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          219 S. Dearborn Street
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/09/2016 in Courtroom 613 (Judge Deborah L. Thorne),

          EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
          219 S. DEARBORN STREET
          CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2016          By: /s/ Frances Gecker
                                                 Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
NAKAWATASE, WYNS & § Case No. 10-42302
ASSOCIATES, INC. §
§
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 420,971.07 |
| and approved disbursements of | $ | 129,987.74 |
| leaving a balance on hand of[1] | $ | 290,983.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | SUBURBAN BANK & TRUST COMPANY | $ 30,950.25 | $ 30,950.25 | $ 30,950.25 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 290,983.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 24,298.55 | $ 0.00 | $ 24,298.55 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 49,084.50 | $ 35,498.50 | $ 13,586.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 143.46 | $ 81.21 | $ 62.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 24,576.20 | $ 12,636.30 | $ 11,939.90 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 68.59 | $ 57.87 | $ 10.72 |
| Other: ADAMS LEVINE | $ 191.37 | $ 191.37 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 169.06 | $ 169.06 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 33,365.87 | $ 33,365.87 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 1,083.07 | $ 1,083.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     49,897.42

Remaining Balance     $     241,085.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 27,877.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8A | DEPARTMENT OF TREASURY INTERNAL REV | $ 26,872.66 | $ 0.00 | $ 26,872.66 |
| 9A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 1,004.57 | $ 0.00 | $ 1,004.57 |

Total to be paid to priority creditors     $     27,877.23

Remaining Balance     $     213,208.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 277,027.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 77.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GENERAL ELECTRIC CAPITAL CORP | $ 20,156.02 | $ 0.00 | $ 15,512.69 |
| 2 | EVERBANK COMMERICAL FINANCE | $ 6,998.57 | $ 0.00 | $ 5,386.31 |
| 3 | IMAGING & PRINTING CORPORATION | $ 20,139.86 | $ 0.00 | $ 15,500.25 |
| 4 | PIONEER ENGINEERING & ENVIRONMENTAL | $ 1,675.00 | $ 0.00 | $ 1,289.13 |
| 5 | O'BRIEN & ASSOCIATES, INC. | $ 7,478.30 | $ 0.00 | $ 5,755.53 |
| 6 | 205 CHICAGO PARTNERS LLC | $ 196,082.95 | $ 0.00 | $ 150,911.40 |
| 7 | DYNACEPT, INC. | $ 21,895.30 | $ 0.00 | $ 16,851.29 |
| 8B | DEPARTMENT OF TREASURY INTERNAL REV | $ 2,341.36 | $ 0.00 | $ 1,801.98 |
| 9B | IDES | $ 260.00 | $ 0.00 | $ 200.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 213,208.68 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/ Frances Gecker
               Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.