# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NAKAWATASE, WYNS & | § | Case No. 10-42302 |
| ASSOCIATES, INC. | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 15,705.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  272,036.16

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  148,934.91

3) Total gross receipts of $ 420,971.07  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 420,971.07  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 30,950.25 | $ 30,950.25 | $ 30,950.25 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 148,934.91 | 148,934.91 | 148,934.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 27,877.23 | 27,877.23 | 27,877.23 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 824,702.36 | 277,027.36 | 277,027.36 | 213,208.68 |
| **TOTAL DISBURSEMENTS** | $ 824,702.36 | $ 484,789.75 | $ 484,789.75 | $ 420,971.07 |

4)  This case was originally filed under chapter 7 on  09/22/2010 .  The case was pending for 76 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/12/2016                    By:/s/Frances Gecker
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25 clients with outstanding balance  - List availa | 1121-000 | 414,311.63 |
| TAX REFUNDS | 1224-000 | 3,512.32 |
| INSURANCE POLICIES | 1229-000 | 2,947.38 |
| Post-Petition Interest Deposits | 1270-000 | 199.74 |
| TOTAL GROSS RECEIPTS | | $420,971.07 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SUBURBAN BANK & TRUST COMPANY | 4210-000 | NA | 30,950.25 | 30,950.25 | 30,950.25 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 30,950.25 | $ 30,950.25 | $ 30,950.25 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 24,298.55 | 24,298.55 | 24,298.55 |
| ADAMS LEVINE | 2300-000 | NA | 191.37 | 191.37 | 191.37 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 169.06 | 169.06 | 169.06 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 1,083.07 | 1,083.07 | 1,083.07 |
| Associated Bank | 2600-000 | NA | 2,483.89 | 2,483.89 | 2,483.89 |
| BANK OF AMERICA | 2600-000 | NA | 885.71 | 885.71 | 885.71 |
| Bank of New York Mellon | 2600-000 | NA | 8,660.21 | 8,660.21 | 8,660.21 |
| The Bank of New York Mellon | 2600-000 | NA | 3,874.43 | 3,874.43 | 3,874.43 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 33,365.87 | 33,365.87 | 33,365.87 |
| ADP, Inc. | 2990-000 | NA | 50.00 | 50.00 | 50.00 |
| FRANKGECKER LLP | 3110-000 | NA | 49,084.50 | 49,084.50 | 49,084.50 |
| FRANKGECKER LLP | 3120-000 | NA | 143.46 | 143.46 | 143.46 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 24,576.20 | 24,576.20 | 24,576.20 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 68.59 | 68.59 | 68.59 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 148,934.91 | $ 148,934.91 | $ 148,934.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8A | DEPARTMENT OF TREASURY INTERNAL REV | 5800-000 | NA | 26,872.66 | 26,872.66 | 26,872.66 |
| 9A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 1,004.57 | 1,004.57 | 1,004.57 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 27,877.23 | $ 27,877.23 | $ 27,877.23 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 205 Chicago Partners, LLC 205 W. Wacker Dr. Chicago, IL  60606 | | 600,086.58 | NA | NA | 0.00 |
| | Axiom International 1805 Drew St Clearwater, FL 33765 | | 1,798.50 | NA | NA | 0.00 |
| | Bentley Systems, Incorporated 685 Stockton Dr Exton, PA 19341-1151 | | 5,800.00 | NA | NA | 0.00 |
| | Clifford Nordling 70 W. Burton Place, #2008 Chicago, IL  60610 | | 1,878.67 | NA | NA | 0.00 |
| | De Goede+Others, Inc. 2646 N. Drake Chicago, IL  60647 | | 779.22 | NA | NA | 0.00 |
| | Dex One 1615 Bluff City Highway Bristol, TN  37620 | | 5,174.54 | NA | NA | 0.00 |
| | Dynacept, Inc. 2250 E. Devon Ave., #218 Des Plaines, IL 60018 | | 5,092.80 | NA | NA | 0.00 |
| | Dynacept, Inc. 2250 E. Devon Ave., #218 Des Plaines, IL 60018 | | 3,727.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everbank Commercial Finance FKA Tygris 1700 Lincoln St., Dept #1608 Denver, CO 80291 | | 7,471.91 | NA | NA | 0.00 |
| | Everbank Commercial Finance FKA Tygris 1700 Lincoln St., Dept #1608 Denver, CO 80291 | | 0.00 | NA | NA | 0.00 |
| | GE Capital P.O. Box 740441 Atlanta, GA 30374-0441 | | 20,183.50 | NA | NA | 0.00 |
| | GMAC P.O. Box 380902 Bloomington, MN 55438 | | 3,947.05 | NA | NA | 0.00 |
| | GMAC P.O. Box 380902 Bloomington, MN 55438 | | 2,686.40 | NA | NA | 0.00 |
| | Illinois Municipal Guide P.O. Box 489 Riesel, TX 76682 | | 595.00 | NA | NA | 0.00 |
| | Illinois Roof Consulting Assoc., Inc. P.O. Box 700 Mchenry, IL | | 3,120.00 | NA | NA | 0.00 |
| | Imaging & Printing Corporation 205 W. Wacker Dr., Ste. 322 Chicago, IL 60606 | | 20,139.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Nakawatase 3325 W. Columbia Ave. Chicago, IL 60188 | | 413.98 | NA | NA | 0.00 |
| | Masuda, Funai, Eifert & Mitchell, Ltd 203 N. Lasalle St., Ste. 2500 Chicago, IL 60601 | | 643.74 | NA | NA | 0.00 |
| | O'Brien & Associates, Inc. 1235 E. Davis St. Arlington Heights, IL  60005 | | 3,747.06 | NA | NA | 0.00 |
| | Pioneer Engineering & Environmental Svc 700 N. Sacramento Blvd., Ste. 101 Chicago, IL  60612 | | 1,675.00 | NA | NA | 0.00 |
| | Rand Imaginit Technologies, Inc. 3640 Solutions Center Chicago, IL  60677 | | 1,248.44 | NA | NA | 0.00 |
| | Sprint P.O. Box 8077 London, KY  40742 | | 1,540.14 | NA | NA | 0.00 |
| | Suburban Bank & Trust Company 150 E. Butterfield Road Elmhurst, IL  60126 | | 130,821.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tygris Vendor Finance Inc. Dept #1608 Denver, CO 80291-1608 | | 1,823.91 | NA | NA | 0.00 |
| | Wright Express P.O. Box 6293 Carol Stream, IL  60197 | | 307.04 | NA | NA | 0.00 |
| 6 | 205 CHICAGO PARTNERS LLC | 7100-000 | NA | 196,082.95 | 196,082.95 | 150,911.40 |
| 8B | DEPARTMENT OF TREASURY INTERNAL REV | 7100-000 | NA | 2,341.36 | 2,341.36 | 1,801.98 |
| 7 | DYNACEPT, INC. | 7100-000 | NA | 21,895.30 | 21,895.30 | 16,851.29 |
| 2 | EVERBANK COMMERICAL FINANCE | 7100-000 | NA | 6,998.57 | 6,998.57 | 5,386.31 |
| 1 | GENERAL ELECTRIC CAPITAL CORP | 7100-000 | NA | 20,156.02 | 20,156.02 | 15,512.69 |
| 9B | IDES | 7100-000 | NA | 260.00 | 260.00 | 200.10 |
| 3 | IMAGING & PRINTING CORPORATION | 7100-000 | NA | 20,139.86 | 20,139.86 | 15,500.25 |
| 5 | O'BRIEN & ASSOCIATES, INC. | 7100-000 | NA | 7,478.30 | 7,478.30 | 5,755.53 |
| 4 | PIONEER ENGINEERING & ENVIRONMENTAL | 7100-000 | NA | 1,675.00 | 1,675.00 | 1,289.13 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 824,702.36 | $ 277,027.36 | $ 277,027.36 | $ 213,208.68 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-42302 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | NAKAWATASE, WYNS & ASSOCIATES, INC. | | | | Date Filed (f) or Converted (c): | 09/22/2010 (f) |
| | | | | | 341(a) Meeting Date: | 11/23/2010 |
| For Period Ending: | 12/12/2016 | | | | Claims Bar Date: | 04/12/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Post-Petition Interest Deposits                (u) | 0.00 | N/A | | 199.74 | FA |
| 2.  25 clients with outstanding balance  - List availa | 605,509.43 | 605,509.43 | | 414,311.63 | FA |
| 3.  Computers, printers & office equipments - list ava | 3,285.00 | 3,285.00 | | 0.00 | FA |
| 4.  desks, chairs, drafting tables, file cabinets, etc | 4,920.00 | 4,920.00 | | 0.00 | FA |
| 5.  manufactured office workstations - list available | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 6.  STOCK AND INTEREST IN BUSINESSES             (u)    TRUST INTEREST | 0.00 | 196.84 | | 0.00 | FA |
| 7.  INSURANCE POLICIES                (u) | 0.00 | 2,947.38 | | 2,947.38 | FA |
| 8.  TAX REFUNDS                (u)    Refund from 12-2010 tax return | 0.00 | 3,512.32 | | 3,512.32 | FA |
| 9.  BANK ACCOUNT - SUBURBAN BANK & TRUST NO. 1031434 (u)    SUBURBAN BANK & TRUST RETAINED ACCOUNT VALUE PURSUANT TO ORDER DATED 12/15/10. | 0.00 | 80,115.78 | | 0.00 | FA |
| 10. BANK ACCOUNT - SUBURBAN BANK & TRUST NO. 7002242361 (u)    SUBURBAN BANK & TRUST RETAINED ACCOUNT VALUE PURSUANT TO ORDER DATED 12/15/10. | 0.00 | 71,272.15 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $621,214.43          $779,258.90          $420,971.07          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 10/01/2011          Current Projected Date of Final Report (TFR): 05/15/2016          Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1855
Checking

Taxpayer ID No: XX-XXX8652
For Period Ending: 12/12/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7094 | Transfer of Funds | 9999-000 | $294,081.67 | | $294,081.67 |
| 07/08/15 | | Transfer to Acct # xxxxxx7094 | Transfer of Funds | 9999-000 | | $423.08 | $293,658.59 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $337.91 | $293,320.68 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $436.06 | $292,884.62 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $421.42 | $292,463.20 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $434.81 | $292,028.39 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $420.15 | $291,608.24 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $433.54 | $291,174.70 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $191.37 | $290,983.33 |
| 08/11/16 | 5002 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $24,298.55 | $266,684.78 |
| 08/11/16 | 5003 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Distribution | | | $13,648.25 | $253,036.53 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. | ($13,586.00) 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. | ($62.25) 3120-000 | | | |

Page Subtotals: $294,081.67   $41,045.14

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No:  10-42302 | Trustee Name:  Frances Gecker |
| Case Name:  NAKAWATASE, WYNS & ASSOCIATES, INC. | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX1855 |
| | Checking |
| Taxpayer ID No:  XX-XXX8652 | Blanket Bond (per case limit):  $5,000,000.00 |
| For Period Ending:  12/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/16 | 5004 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL  60606 | Distribution | | | $11,950.62 | $241,085.91 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order.                    ($11,939.90) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order.                       ($10.72) | 3420-000 | | | |
| 08/11/16 | 5005 | DEPARTMENT OF TREASURY INTERNAL REV P O BOX 7346 PHILADELPHIA, PA  19101-7346 | Distribution | | | $28,674.64 | $212,411.27 |
| | | DEPARTMENT OF TREASURY INTERNAL REV | Final distribution to claim 8 representing a payment of 100.00 % per court order.             ($26,872.66) | 5800-000 | | | |
| | | DEPARTMENT OF TREASURY INTERNAL REV | Final distribution to claim 8 representing a payment of 76.96 % per court order.              ($1,801.98) | 7100-000 | | | |
| 08/11/16 | 5006 | ILLINOIS DEPARTMENT OF EMPLOYMENT S 33 SOUTH STATE STREET 10TH FLOOR CHICAGO, ILLINOIS  60603 ATTN. AMELIA YABES | Final distribution to claim 9 representing a payment of 100.00 % per court order. | 5800-000 | | $1,004.57 | $211,406.70 |
| 08/11/16 | 5007 | GENERAL ELECTRIC CAPITAL CORP 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA  52404 | Final distribution to claim 1 representing a payment of 76.96 % per court order. | 7100-000 | | $15,512.69 | $195,894.01 |
| 08/11/16 | 5008 | EVERBANK COMMERICAL FINANCE 10 WATERVIEW BLVD PARSIPPANY, NJ  07054 | Final distribution to claim 2 representing a payment of 76.96 % per court order. | 7100-000 | | $5,386.31 | $190,507.70 |
| 08/11/16 | 5009 | IMAGING & PRINTING CORPORATION 205 W. WACKER DR., STE. 322 CHICAGO, IL  60606 | Final distribution to claim 3 representing a payment of 76.96 % per court order. | 7100-000 | | $15,500.25 | $175,007.45 |
| | | | Page Subtotals: | | $0.00 | $78,029.08 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-42302
Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1855
Checking

Taxpayer ID No: XX-XXX8652
For Period Ending: 12/12/2016

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/16 | 5010 | PIONEER ENGINEERING & ENVIRONMENTAL 700 N. SACRAMENTO BLVD., STE. 101 CHICAGO, IL  60612 | Final distribution to claim 4 representing a payment of 76.96 % per court order. | 7100-000 | | $1,289.13 | $173,718.32 |
| 08/11/16 | 5011 | O'BRIEN & ASSOCIATES, INC. 1235 E. DAVIS ST. ARLINGTON HEIGHTS, IL  60005 | Final distribution to claim 5 representing a payment of 76.96 % per court order. | 7100-000 | | $5,755.53 | $167,962.79 |
| 08/11/16 | 5012 | 205 CHICAGO PARTNERS LLC MICHELE O. WIGMORE AVP PORTFOLIO GENERAL MANAGER MB REAL ESTATE 221 N. LASALLE STREET, SUITE 3900 CHICAGO, IL  60601 | Final distribution to claim 6 representing a payment of 76.96 % per court order. | 7100-000 | | $150,911.40 | $17,051.39 |
| 08/11/16 | 5013 | DYNACEPT, INC. 2250 E. DEVON AVE., #218 DES PLAINES, IL  60018 | Final distribution to claim 7 representing a payment of 76.96 % per court order. | 7100-000 | | $16,851.29 | $200.10 |
| 08/11/16 | 5014 | IDES 33 SOUTH STATE STREET CHICAGO, IL  60603 | Final distribution to claim 9 representing a payment of 76.96 % per court order. | 7100-000 | | $200.10 | $0.00 |
| 10/17/16 | 5012 | 205 CHICAGO PARTNERS LLC MICHELE O. WIGMORE AVP PORTFOLIO GENERAL MANAGER MB REAL ESTATE 221 N. LASALLE STREET, SUITE 3900 CHICAGO, IL  60601 | Final distribution to claim 6 representing a payment of 76.96 % per court order. Reversal Trustee reissued check payable to MB Real Estate due to fact that 205 Chicago Partners LLC is dissolved and MB Real Estate owned 205. | 7100-000 | | ($150,911.40) | $150,911.40 |
| 10/17/16 | 5015 | MB REAL ESTATE 181 W. MADISON, SUITE 4700 CHICAGO, IL  60602 | Final distribution to claim 6 representing a payment of 76.96 % per court order Reissued check to MB Real Estate for 205 Chicago Partners LLC | 7100-000 | | $150,911.40 | $0.00 |

|  | | | | COLUMN TOTALS | $294,081.67 | $294,081.67 |
|---|---|---|---|---|---|---|
|  | | | | Less: Bank Transfers/CD's | $294,081.67 | $423.08 |
|  | | | | Page Subtotals: | $0.00 | $175,007.45 |

| | | |
|---|---|---|
| Subtotal | $0.00 | $293,658.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $293,658.59 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|---|
| Case No: 10-42302 | | | | Trustee Name: Frances Gecker | | | |
| Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC. | | | | Bank Name: Bank of America | | | |
| | | | | Account Number/CD#: XXXXXX5803 | | | |
| | | | | MONEY MARKET | | | |
| Taxpayer ID No: XX-XXX8652 | | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 12/12/2016 | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/28/10 | 2 | HEFTER INDUSTRIES, INC. 55 E. Jackson Blvd., Suite 600Chicago, Illinois 60604 | ACCOUNTS RECEIVABLE | 1121-000 | $1,069.00 | | $1,069.00 |
| 10/28/10 | 2 | SIEMENS INDUSTRY, INC. 3500 Quadrangle Blvd.Orlando, FL 32817 | ACCOUNTS RECEIVABLE | 1121-000 | $7,615.68 | | $8,684.68 |
| 10/28/10 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, Nebraska 68114 | ACCOUNTS RECEIVABLE | 1121-000 | $1,624.82 | | $10,309.50 |
| 10/28/10 | 2 | DONOHUE & ASSOCIATES 3311 Weeden Creek RoadSheboygan, WI 53081 | ACCOUNTS RECEIVABLE | 1121-000 | $1,307.30 | | $11,616.80 |
| 10/28/10 | 2 | CHICAGO PUBLIC SCHOOLS P.O. Box 661Chicago, IL 60690 | ACCOUNTS RECEIVABLE | 1121-000 | $7,878.50 | | $19,495.30 |
| 10/28/10 | 2 | DONOHUE & ASSOCIATES 3311 Weeden Creek RoadSheboygan, WI 53081 | ACCOUNTS RECEIVABLE | 1121-000 | $13,340.74 | | $32,836.04 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.80 | | $32,836.84 |
| 12/27/10 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa 52761 | ACCOUNTS RECEIVABLE | 1121-000 | $5,786.07 | | $38,622.91 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | $0.84 | | $38,623.75 |
| 01/03/11 | 2 | S.B. FRIEDMAN & COMPANY 221 N. LaSalle StreetSuite 820Chicago, IL 60601 | ACCOUNTS RECEIVABLE | 1121-000 | $3,080.00 | | $41,703.75 |
| 01/05/11 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa 52761 | ACCOUNTS RECEIVABLE | 1121-000 | $10,061.44 | | $51,765.19 |
| 01/10/11 | 1000 | SUBURBAN BANK & TRUST COMPANY | Secured Claim Pursuant to Order entered 12/15/10. | 4210-000 | | $30,950.25 | $20,814.94 |
| 01/13/11 | 2 | KUDRNA & ASSOCIATES LTD. 203 N. Cass Ave.Westmont, IL 60559 | ACCOUNTS RECEIVABLE | 1121-000 | $9,005.80 | | $29,820.74 |
| 01/13/11 | 1 | METLIFE P.O. Box 1620Manchester, CT 06045-1620 | Trust Interests | 1270-000 | $196.84 | | $30,017.58 |
| | | | Page Subtotals: | | $60,967.83 | $30,950.25 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-42302 | | | | Trustee Name: Frances Gecker | | Exhibit 9 |
| Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC. | | | | Bank Name: Bank of America | | |
| | | | | Account Number/CD#: XXXXXX5803 | | |
| | | | | MONEY MARKET | | |
| Taxpayer ID No: XX-XXX8652 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 12/12/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/11 | | JOHN HANCOCK DISTRIBUTION c/o BOSTON FINANCIALP.O. Box 9114Canton, MA  02021-9114 | REVERSED | 1129-000 | $34.17 | | $30,051.75 |
| 01/27/11 | | Reverses Deposit # 12 | VOID Not the estate's money - belongs to Mr. Nakawatase's 401k Plan | 1129-000 | ($34.17) | | $30,017.58 |
| 01/31/11 | 2 | CHICAGO PUBLIC SCHOOLS P.O. Box 661Chicago, IL  60690 | ACCOUNTS RECEIVABLE | 1121-000 | $33,149.27 | | $63,166.85 |
| 01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | $1.26 | | $63,168.11 |
| 02/08/11 | 1001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BLANKET BOND | 2300-000 | | $71.91 | $63,096.20 |
| 02/11/11 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa  52761 | ACCOUNTS RECEIVABLE | 1121-000 | $9,128.25 | | $72,224.45 |
| 02/17/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE  68114 -4049 | ACCOUNTS RECEIVABLE | 1121-000 | $250,907.00 | | $323,131.45 |
| 03/28/11 | 2 | STANLEY CONSULTANTS, INC. 225 Iowa AvenueMuscatine, Iowa  52761 | ACCOUNTS RECEIVABLE | 1121-000 | $912.30 | | $324,043.75 |
| 03/30/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE  68114 -4049 | ACCOUNTS RECEIVABLE | 1121-000 | $2,769.35 | | $326,813.10 |
| 04/25/11 | 2 | S.B. FRIEDMAN & COMPANY 221 N. LaSalle StreetSuite 820Chicago, IL  60601 | ACCOUNTS RECEIVABLE | 1121-000 | $2,800.00 | | $329,613.10 |
| 05/04/11 | 2 | MACTEC 1105 Lakewood Parkway, Suite 300Alpharetta, GA  30004 | ACCOUNTS RECEIVABLE | 1121-000 | $8,171.60 | | $337,784.70 |
| 06/20/11 | 2 | CARNOW CONIBEAR & ASSOC., LTD. 300 W. Adams Street, Suite 1200Chicago, IL  60606 | ACCOUNTS RECEIVABLE | 1121-000 | $9,000.00 | | $346,784.70 |
| 07/08/11 | 1002 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603 | ACCOUNTANT FEES Pursuant to Order dated 7/6/11. | | | $4,684.57 | $342,100.13 |
| | | | Page Subtotals: | | $316,839.03 | $4,756.48 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Case 10-42302   Doc 52   Filed 01/06/17   Entered 01/06/17 14:18:08   Desc Main
Document   Page 19 of 25

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|
| Case No: 10-42302 | | Trustee Name: Frances Gecker | Exhibit 9 |
| Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC. | | Bank Name: Bank of America | |
| | | Account Number/CD#: XXXXXX5803 | |
| | | MONEY MARKET | |
| Taxpayer ID No: XX-XXX8652 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/12/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($4,665.00) | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($19.57) | 3420-000 | | | |
| 08/10/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE  68114 -4049 | ACCOUNTS RECEIVABLE | 1121-000 | $22,822.37 | | $364,922.50 |
| 08/10/11 | 2 | HDR ENGINEERING, INC. 8404 Indian Hills DriveOmaha, NE  68114 -4049 | ACCOUNTS RECEIVABLE | 1121-000 | $22,882.37 | | $387,804.87 |
| 08/10/11 | 2 | Reverses Deposit # 21 | Typographical error | 1121-000 | ($22,822.37) | | $364,982.50 |
| 10/12/11 | 7 | TRAVELERS PROPERTY CASUALTY One Penn's WayNew Castle, DE  19720 | INSURANCE POLICY | 1229-000 | $2,750.54 | | $367,733.04 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $466.55 | $367,266.49 |
| 11/07/11 | 1003 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Order dated 11/2/11 Order dated 11/2/11 | | | $35,579.71 | $331,686.78 |
| | | FRANKGECKER LLP | Trustee Attorney Fees ($35,498.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Trustee Attorney Costs ($81.21) | 3120-000 | | | |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $419.16 | $331,267.62 |
| 12/20/11 | 7 | METLIFE | INSURANCE POLICY | 1229-000 | $196.84 | | $331,464.46 |
| 12/29/11 | | Transfer to Acct # XXXXXX2418 | Bank Funds Transfer | 9999-000 | | $331,464.46 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $403,636.61 | $403,636.61 |
| Less: Bank Transfers/CD's | | $0.00 | $331,464.46 |
| Subtotal | | $403,636.61 | $72,172.15 |
| Less: Payments to Debtors | | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $25,829.75 | $367,929.88 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Case 10-42302    Doc 52    Filed 01/06/17    Entered 01/06/17 14:18:08    Desc Main
                            Document        Page 20 of 25

$72,172.15

Exhibit 9

Page Subtotals:                                    $0.00           $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-42302

Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Taxpayer ID No: XX-XXX8652

For Period Ending: 12/12/2016

Trustee Name: Frances Gecker

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX2418

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5803 | Bank Funds Transfer | 9999-000 | $331,464.46 | | $331,464.46 |
| 01/25/12 | 1000 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030Springfield, IL 62794-9030 | FEIN: 36-2588652 IL-1120-V (2011); Bankruptcy Case No. 10-42302 | 2820-000 | | $29,793.00 | $301,671.46 |
| 02/07/12 | 1001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | $291.38 | $301,380.08 |
| 07/03/12 | 8 | TREASURER OF THE STATE OF IL | Refund from 12-2010 Tax Return | 1224-000 | $3,512.32 | | $304,892.40 |
| 07/13/12 | 2 | HEFTER INDUSTRIES, INC. 55 E. Jackson Blvd., Suite 600Chicago, IL 60604 | ACCOUNTS RECEIVABLE | 1121-000 | $4,684.74 | | $309,577.14 |
| 11/15/12 | 2 | AMEC - ENVIRONMENT & INFRASTRUCTURE 1105 LAKEWOOD PARKWAYSUITE 300ALPHARETTA, GA 30009 | ACCOUNTS RECEIVABLE | 1121-000 | $9,137.40 | | $318,714.54 |
| 01/17/13 | 1002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19016Springfield, IL 62794 | FEIN: 36-2588652 IL-1120-X (2011); Bankruptcy Case No. 10-42302 | 2820-000 | | $3,427.00 | $315,287.54 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $315,287.54 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $348,798.92 | $348,798.92 |
| Less: Bank Transfers/CD's | $331,464.46 | $315,287.54 |
| Subtotal | $17,334.46 | $33,511.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,334.46 | $33,511.38 |

UST Form 101-7-TDR (10/1/2010) (Page: 21)

Page Subtotals:   $348,798.92   $348,798.92

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 10-42302 | | Trustee Name: Frances Gecker |
| Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC. | | Bank Name: The Bank of New York Mellon |
| | | Account Number/CD#: XXXXXX7094 |
| | | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX8652 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/12/2016 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $315,287.54 | | $315,287.54 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $284.43 | $315,003.11 |
| 03/07/13 | 10001 | P. C. ALAN D. LASKO & ASSOCIATES 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Order dated 3/5/13 Second and Final Interim Fee Application | | | $8,009.60 | $306,993.51 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($7,971.30) | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | ($38.30) | 3420-000 | | | |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $256.84 | $306,736.67 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $460.20 | $306,276.47 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $440.62 | $305,835.85 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $454.69 | $305,381.16 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $439.38 | $304,941.78 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $453.38 | $304,488.40 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $452.69 | $304,035.71 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $437.49 | $303,598.22 |
| 10/24/13 | 10002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19006Springfield, IL 62794-9006 | FEIN: 36-2588652 December 31, 2011 Account ID: 03768-40192 | 2820-000 | | $145.87 | $303,452.35 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $451.35 | $303,001.00 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $435.95 | $302,565.05 |

| | | Page Subtotals: | | | $315,287.54 | $12,722.49 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-42302

Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC.

Taxpayer ID No: XX-XXX8652

For Period Ending: 12/12/2016

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7094

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $449.81 | $302,115.24 |
| 02/03/14 | 10003 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $435.35 | $301,679.89 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $449.19 | $301,230.70 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $404.71 | $300,825.99 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $447.23 | $300,378.76 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $432.18 | $299,946.58 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $445.94 | $299,500.64 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $430.90 | $299,069.74 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $444.65 | $298,625.09 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $443.97 | $298,181.12 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $429.04 | $297,752.08 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $442.67 | $297,309.41 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $427.76 | $296,881.65 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $441.34 | $296,440.31 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $440.75 | $295,999.56 |

Page Subtotals: $0.00 $6,565.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No: 10-42302 | | | | Trustee Name: Frances Gecker | | |
| Case Name: NAKAWATASE, WYNS & ASSOCIATES, INC. | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX7094 | | |
| | | | | GENERAL CHECKING | | |
| Taxpayer ID No: XX-XXX8652 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 12/12/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/10/15 | 10004 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $169.06 | $295,830.50 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $397.43 | $295,433.07 |
| 03/10/15 | 10005 | ADP, Inc. One ADP Blvd., M.S. 325 Roseland, NJ 07068 | Copies of 2010 W-2 forms | 2990-000 | | $50.00 | $295,383.07 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $439.17 | $294,943.90 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $424.36 | $294,519.54 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $437.87 | $294,081.67 |
| 07/08/15 | | Transfer from Acct # xxxxxx1855 | Transfer of Funds | 9999-000 | $423.08 | | $294,504.75 |
| 07/08/15 | | Transfer to Acct # xxxxxx1855 | Transfer of Funds | 9999-000 | | $294,081.67 | $423.08 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $423.08 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $315,710.62 | $315,710.62 |
| | Less: Bank Transfers/CD's | $315,710.62 | $294,081.67 |
| | Subtotal | $0.00 | $21,628.95 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $21,628.95 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Page Subtotals:   $423.08   $296,422.64

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1855 - Checking | $0.00 | $293,658.59 | $0.00 |
| XXXXXX2418 - GENERAL CHECKING | $17,334.46 | $33,511.38 | $0.00 |
| XXXXXX5803 - MONEY MARKET | $403,636.61 | $72,172.15 | $0.00 |
| XXXXXX7094 - GENERAL CHECKING | $0.00 | $21,628.95 | $0.00 |
| | $420,971.07 | $420,971.07 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $420,971.07 | |
| Total Gross Receipts: | $420,971.07 | |